IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ROBERT MARTIN BOSTICK,** | : |
| **Plaintiff,** | : |
| vs. | : CIVIL ACTION 09-0359-CG-M |
| **CITY OF MOBILE,** | : |
| **Defendant.** | : |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

**DONE and ORDERED** this 2nd day of November, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE